# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PATRICK PARKS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 3:21-cr-00010<br>USM No. 42123-074<br><br>Stephanie Ritchie Mize<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1 and 2__  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of another federal crime. | 01/13/2022 |
| 2 | Illegal possession of crack cocaine | 01/10/2022 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ Violation Number __3__ is dismissed upon the Government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8543

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Belfast, Tennessee

12/07/2023
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

December 13, 2023
Date

DEFENDANT: PATRICK PARKS
CASE NUMBER: 3:21-cr-00010

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

51 months - 51 months to run concurrent with the sentence imposed in this Court's case number 3:22-cr-00075 (102 months' incarceration)

☑ The court makes the following recommendations to the Bureau of Prisons:

See recommendations in judgment in this Court's case number 3:22-cr-00075.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: PATRICK PARKS
CASE NUMBER: 3:21-cr-00010

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

No term of supervised release to follow incarceration, in light of the fact that a term of supervised release is being imposed in this Court's case number 3:22-cr-00075.